FILED BY ___ **KS** ___ D.C.

**Dec 7, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**21-20588-CR-MORENO/GOODMAN**
CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

JOHN KEIS CUNNINGHAM,

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about April 9, 2021, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**JOHN KEIS CUNNINGHAM,**

knowingly possessed a firearm and ammunition in and affecting interstate commerce, knowing

that he had previously been convicted of a crime punishable by imprisonment for a term exceeding

one year, in violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendant, **JOHN KEIS CUNNINGHAM,** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 922(g), or

any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit

to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

      3.      The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following:

    a.  One (1) black and brown Sig Sauer, Model P238, .380 ACP caliber firearm, bearing serial number DA002359; and

    b.  Five (5) rounds of Sellier & Bellot, 9mm Br.C. caliber ammunition.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
NARDIA HAYE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

JOHN KEIS CUNNINGHAM,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)

☑ Miami  ☐ Key West  ☐ FTL
☐ WPB  ☐ FTP

New defendant(s)  ☐ Yes  ☐ No

Number of new defendants _____

Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No_____

   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ☑
   II   6 to 10 days     ☐
   III  11 to 20 days    ☐
   IV   21 to 60 days    ☐
   V    61 days and over ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No)  No_____

   If yes: Judge _____ Case No. _____

   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)  No_____

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No_____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No_____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No)  No_____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No_____

Nardia Haye
Assistant United States Attorney
Court ID No.        A5502738

*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: John Keis Cunningham**

Case No: _____

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\* Max. Penalty**: 10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**